Order entered January 14, 2014



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01560-CV

### IN RE LYNNE MCGREAL TONTI, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03325-F**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     JIM MOSELEY
        JUSTICE